UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RENTERIA,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>    Respondent. | 1:18-cv-00305-SKO (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. 1) |

Petitioner, Luis Renteria, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfers generally further judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

In this case, Petitioner was convicted in the Los Angeles County Superior Court and is currently confined at the Kern Valley State Prison, Kern County, California. Because Petitioner

is challenging his conviction, the case is most appropriate in the Central District of California.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **March 6, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE