UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS RENTERIA,  )  No. CV 18-2053 R (FFM)
      Petitioner,  )  ORDER RE SUMMARY
        )  DISMISSAL OF ACTION WITHOUT
  v.  )  PREJUDICE
CHRISTIAN PFEIFFER,  )
      Respondent.  )

On or about March 1, 2018, Luis Renteria ("Petitioner") constructively filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"). While the Petition references a prior federal habeas petition challenging his conviction, the Petition states that it is not challenging that sentence or conviction, but rather the failure of Petitioner to receive a hearing at the time of sentencing. Petitioner cites *Clayton v. Biter*, 868 F.3d 840 (2017), which addresses whether a federal habeas petition challenging the denial of a state court re-sentencing petition on due process grounds would be second or successive with respect to a prior federal petition that had challenged the underlying conviction. The Court concluded that such a petition would not be second or successive. However, here Petitioner does not challenge a res-sentencing petition denial on due process grounds. It appears, although it is not entirely clear, that Petitioner is attacking the procedures used in connection with his original sentencing. Specifically,

Petitioner alleges that he was not provided a hearing at his sentencing to allow him to introduce evidence of "youth related factors."

Because it was unclear exactly what Petitioner wished to assert, the Court dismissed the Petition with leave to amend. Petitioner has opted not to file an amended petition. Therefore, the Court is left with a Petition that does not state what the claim is that Petitioner wishes to assert. Under these circumstances, the Petition should be denied without prejudice.

IT IS THEREFORE ORDERED that this action be summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

A Certificate of Appealability is denied.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

Dated: July 2, 2018

_____
MANUEL L. REAL
United States District Judge

Presented by:

  /S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
  United States Magistrate Judge